**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-6524**

———————————

TREY GARNER,

Petitioner - Appellant,

versus

HENRY MCMASTER, Attorney General for South
Carolina; STATE OF SOUTH CAROLINA,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  G. Ross Anderson, Jr., District
Judge.  (0:06-cv-00021-GRA)

———————————

Submitted: October 18, 2007          Decided: October 24, 2007

———————————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Trey Garner, Appellant Pro Se.  Derrick K. McFarland, OFFICE OF THE
ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trey Garner appeals the district court's order denying as moot his objections to the report and recommendation filed subsequent to the entry of a final order in his 28 U.S.C. § 2254 (2000) proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Garner v. McMaster, No. 0:06-cv-00021-GRA (D.S.C. filed Mar. 1, 2007 & entered Mar. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED